IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:19cr16 |
| | ) | **Electronic Filing** |
| **MATTHEW E. POESE** | ) | |

**SENTENCING HEARING**
**Before Judge David Stewart Cercone**

| | |
|---|---|
| Appear for Government: | Christian Trabold, AUSA |
| Appear for Defendants: | Stephen Sebald, Esquire |
| Hearing date: | 12/9/19 |
| Hearing begun: | 2:05 p.m. |
| Hearing concluded: | 2:40 p.m. |
| Stenographer: | Janis Ferguson |
| Clerk/Deputy Clerk: | Mark W. Mohney |

REMARKS: Factors relevant to sentencing and the guideline calculations in the presentence investigation report and addendum thereto adopted as the Court's final findings and guideline calculations. Defendant exercised his right of allocution. Defendant sentenced to one day in the United States Marshal Service's office at count one; a fine of $5,000.00 - which is due within term of supervised release - interest is waived during the term of supervised release; 5 years of supervised release; special conditions of supervision imposed - including 12 months of home detention and 300 hours of community service, to be performed at locations and times approved by the probation office; defendant's interest in the property set forth in the preliminary order of forfeiture of September 13, 2019, forfeited to the United States; a special assessment of $100.00 and a JVTA special assessment of $5,000.00 which is due within 90 days, with interest being waived during this 90 day period - judgment order to follow. Defendant is permitted to self-report for service of sentence as directed by the United States Marshal Service. Defendant advised of his appellate rights.